| PROB 22 (CAEP) (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 0972 2:19CR00178-04 |
|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* CR25-00189 VC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT E-CA | DIVISION Sacramento |
|---|---|---|
| Josevan Arias<br>San Francisco, California *(City/State)*<br><br>FILED<br>Jul 02 2025<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO | NAME OF SENTENCING JUDGE Senior United States District Judge William B. Shubb | |
| | DATES OF PROBATION / SUPERVISED RELEASE<br>Supervised Release | FROM 11/15/2024 | TO 11/14/2028 |

OFFENSE

Count 1: 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Heroin (at least 100 grams) (CLASS B FELONY); Count 4: 18 USC 922(a)(1)(A) – Dealing Firearms Without a License (CLASS D FELONY)

JUSTIFICATION/REASON FOR TRANSFER *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*

The person under supervision resides in San Francisco and has been gainfully employed since the beginning of his term of supervised release. Additionally, he actively participates in weekly substance abuse counseling.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   CALIFORNIA

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Northern District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

Dated: July 1, 2025

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   CALIFORNIA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 2, 2025
*Effective Date*

*(signature)*
*United States District Judge*
RITA F. LIN

CC:   United States Attorney

1

1/23/2024 CAEP